IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RENNIE REYNOLDS                                                                                PLAINTIFF

VS.                                    CASE NO. 3:06CV00135 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 27th day of September, 2007.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE